**Opinion issued January 25, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00003-CV

_____

## IN RE ADAMS TRAN, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Adams Tran, filed a petition for writ of mandamus asserting that the trial court had "abuse[d] its discretion in striking [relator's petition in] intervention where (a) there was no motion to strike pending and (b) [relator's] intervention was

timely and proper."[1]  Relator's mandamus petition "prays for [mandamus to issue] and such other and further relief to which [relator] may be entitled."

Our review of relator's mandamus petition reflects that relator has failed to establish that he is entitled to mandamus relief.  *See* TEX. R. APP. P. 52.3(i) (mandamus petition "must contain and short conclusion that clearly states the nature of the relief sought"), 52.3(k)(1)(A) (relator required to provide appendix which "must contain" certified or sworn copy of any "document showing the matter complained of"), 52.7(a)(1) (relator "must file" record with mandamus petition containing "certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"), 52.8(a); *see also Walker v. Packer*, 827 S.W.2d 833, 840 (Tex. 1992) ("Our requirement that mandamus will not issue where there is an adequate remedy by appeal is well-settled.").  Accordingly, we deny relator's petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Countiss, and Farris.

---

[1]  The underlying case is *Tony Buzbee v. Tammy Tran and Tammy Tran Attorneys at Law, L.P.*, Cause No. 2021-82608, in the 189th District Court of Harris County, Texas, the Honorable Tamika Craft-Demming presiding.